**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN MICHAEL HEAD, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-07-402-F |
| | ) |
| PETER D. KEISLER, et al., | ) |
| | ) |
|       Respondents. | ) |

**O R D E R**

On October 23, 2007, United States Magistrate Judge Bana Roberts entered a Report and Recommendation (doc. no. 21), wherein she recommended that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied. In the Report and Recommendation, Magistrate Judge Roberts advised petitioner of his right to file an objection to the Report and Recommendation by November 12, 2007.

On November 19, 2007, petitioner filed a letter (doc. no. 23) requesting that the habeas corpus petition be withdrawn or that the recommendation be followed and the petition denied without prejudice.

As petitioner has not made an objection to the Report and Recommendation, the court finds no further analysis is required. The court accepts, adopts, and affirms the Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on October 23, 2007 (doc. no. 21) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

IT IS ALSO ORDERED that Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

IT IS FURTHER ORDERED that judgment shall issue forthwith.

Entered this 26th day of November, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0402p002(pub).wpd